UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.                                           CRIMINAL NO. __06-884__

__VINCENT FILLIPELLI__                       **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for __VINCENT FILLIPELLI__
<span>Name of Defendant</span>

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

__DISTRICT OF NEW JERSEY__                   __1982__
Court(s)                                     Year(s) of Admission

Date: __1-9-15__                             __[signature]__
                                             Signature of Attorney

                                             __A.C. PERUTO JR__
                                             Print Name

                                             __2101 PINE ST__
                                             Address

                                             __PHILA 19103__
                                             City State Zip Code

                                             __215 735 1010__   __215 545 6138__
                                             Phone Number  Fax Number

                                             __CHUCK@PERUTO.COM__

DNJ-CR-013 (03/2010)